UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIK A. HOVSEPIAN,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | Case No. 19-cv-04692-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

Good cause being shown, petitioner's request for an extension of time to respond to the Court's November 27, 2019 Order to Show Cause is GRANTED. Dkt. No. 9. Petitioner shall file his response to the Order to Show Cause by March 30, 2020.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 1/16/2020

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge