UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMIK A. HOVSEPIAN,

    Petitioner,

v.

JOSIE GASTELO,

    Respondent.

Case No. 19-cv-04692-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, the petition for a writ of habeas corpus is DISMISSED.  The Clerk shall enter judgment in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 4/30/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge