UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIK A. HOVSEPIAN,<br><br>        Petitioner,<br><br>   v.<br><br>JOSIE GASTELO,<br><br>        Respondent. | Case No. 19-cv-04692-HSG<br><br>**JUDGMENT** |

The Clerk of the Court shall enter judgment in favor of respondent and against petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 8, 2020

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge